UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAUDELL GREEN, | ) Case No. CV 07-7182-VAP (AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| J.W. SULLIVAN, Warden, | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:  November 24, 2008

_____
Virginia A. Phillips
United States District Judge